IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01374-CMA-BNB

RONALD HUTCHINSON,

    Plaintiff,

v.

ANNIE HOLESTINE, Administrative Director, individually,
EILEEN NEWMAN, Case Manager Supervisor, individually,
PETER JENSEN, Case Manager, individually, and
LES GODWIN, Community Parole Officer, individually,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 4 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: November __23__, 2010

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01374-CMA-BNB

Ronald Hutchinson
Prisoner No. 75480
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Annie Holestine, Eileen Newman,
Peter Jensen, and Les Godwin

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Annie Holestine, Eileen Newman, Peter Jensen, and Les Godwin: AMENDED COMPLAINT FILED 10/18/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/24/10

                                            GREGORY C. LANGHAM, CLERK

                                 By: _____
                                                 Deputy Clerk